### GONZALES v. STATE. (No. 10793.)

(Court of Criminal Appeals of Texas. Feb. 23, 1927.)

**1. Criminal law ⬲1090(1)—Where indictment for rape appears proper, and record contains neither statement of facts nor statement of exception, nothing is presented for review.**

Where indictment for rape appears to be in proper form, and record on appeal contains neither statement of facts nor bills of exception, nothing is presented for review on appeal.

**2. Criminal law ⬲1126—In absence of showing of error, 75-year penitentiary sentence for rape must be affirmed on appeal.**

Regardless of severity of 75-year penitentiary sentence for rape, in absence of showing of error it must be affirmed on appeal.

Appeal from District Court, Kimble County; J. H. McLean, Judge.

Juan Gonzales was convicted of rape, and he appeals. Affirmed.

M. C. Gonzales, of San Antonio, for appellant.

Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

---

⬲For other cases see same topic and KEY-NUMBER in all Key-Numbered Digests and Indexes

**HAWKINS, J.** Conviction is for rape punishment being 75 years in the penitentiary.

[1] The record contains neither statement of facts nor bills of exception. The indictment appears to be in proper form charging the offense. In the condition of the record, nothing is presented for review.

[2] Notwithstanding the severity of the penalty imposed, the judgment must be affirmed, and it is accordingly so ordered.